IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CURTIS RAY GOODIE, <br> TDCJ #424312, <br><br> Petitioner, <br><br> v. <br><br> NATHANIEL QUARTERMAN, Director, <br> Texas Department of Criminal Justice - <br> Correctional Institutions Division, <br><br> Respondent. | § § § § § § § § § § § § § | CIVIL ACTION NO. H-07-2042 |

**FINAL JUDGMENT**

For the reasons set forth in the Court's *Memorandum and Order* of even date, this case is **DISMISSED** with prejudice.

This is a **FINAL JUDGMENT**.

The Clerk shall send a copy of this order to the parties.

SIGNED at Houston, Texas, on September 27, 2007.

_____
Nancy F. Atlas
United States District Judge